UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDRE KING-HARDIMAN,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>GITTERE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:19-cv-00484-MMD-WGC<br><br>ORDER |

Petitioner has submitted a petition for a writ of habeas corpus. He did not file an application to proceed in forma pauperis, nor did he pay the filing fee of $5.

It is therefore ordered that Petitioner file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court is instructed to send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of $5, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 15th day of August 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE