# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

ANDRE KING-HARDIMAN,

              Petitioner,

v.

GITTERE, *et al.*,

              Respondents.

Case No. 3:19-cv-00484-MMD-WGC

ORDER

The Court directed Petitioner either to pay the filing fee of $5 or to file an application to proceed *in forma pauperis* accompanied by a statement of his inmate account and a financial certificate filed by the appropriate prison official. (ECF No. 3). Petitioner has filed an application to proceed *in forma pauperis*, but he has not attached the statement and the financial certificate. The Court will give Petitioner another opportunity to file the required documents.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 4) is denied.

///
///
///
///
///
///
///
///
///

It is further ordered that Petitioner must file a new application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court will send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of $5, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 6th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE