UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GITTERE, *et al.*, | |
| Respondents. | |

The Court directed Petitioner either to pay the filing fee of $5.00 or to file an application to proceed *in forma pauperis* accompanied by a statement of his inmate account and a financial certificate filed by the appropriate prison official. (ECF No. 3.) Petitioner then filed another application to proceed *in forma pauperis*, but without the statement and the financial certificate. (ECF No. 4.) The Court gave Petitioner another opportunity to file the required documents. (ECF No. 6.) Petitioner has not complied with the Court's new order within the allotted time. The Court will dismiss the action.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed without prejudice for Petitioner's failure to comply with the Court's order. (ECF No. 6.) The Clerk of the Court will enter judgment accordingly and close this action.

It is further ordered that a certificate of appealability will not be issued.

It is further ordered that that the Clerk will add Aaron Ford, Attorney General for the State of Nevada, as counsel for Respondents.

///

///

It is further ordered that the Clerk will electronically serve upon Respondents a copy of this order. No response is necessary.

DATED THIS 9th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE