# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRE KING-HARDIMAN,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>GITTERE, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:19-cv-00484-MMD-WGC<br><br>ORDER |

Petitioner has filed an unopposed motion to extend the time for filing an amended § 2254 petition (first request) (ECF No. 17). The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion to extend the time for filing an amended § 2254 petition (first request) (ECF No. 17) is granted. Petitioner will have up to and including September 14, 2020, to file an amended petition for a writ of habeas corpus.

DATED THIS 18th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE