UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GITTERE, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion for leave to file a second amended petition for writ of habeas corpus (ECF No. 22). The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Petitioner's motion for leave to file a second amended petition for writ of habeas corpus (ECF No. 22) is granted. Petitioner will have up to and including September 14, 2020, to file a second amended petition for a writ of habeas corpus.

DATED THIS 7th day of July 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE