UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GITTERE, *et al.*, | |
| Respondents. | |

Petitioner Andre King-Hardiman has filed an unopposed motion to extend the time for filing a second amended § 2254 petition. (ECF No. 24.) The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion to extend the time for filing a second amended § 2254 petition (ECF No. 24) is granted. Petitioner will have up to and including December 14, 2020, to file a second amended petition for a writ of habeas corpus.

DATED THIS 16th day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE