UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GITTERE, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time (first request) of 60 days (ECF No. 28.) The Court finds that because the motion is made in good faith and not for the purpose of delay, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 28) is granted. Respondents will have up to and including April 13, 2021, to respond to the first amended petition. (ECF No. 19.)

DATED THIS 12th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE