# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| GITTERE, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time (second request) (ECF No. 31). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 31) is granted. Respondents will have up to and including June 14, 2021, to respond to the first amended petition (ECF No. 19).

DATED THIS 16th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE