UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDRE KING-HARDIMAN,<br><br>                Petitioner,<br>      v.<br>GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:19-cv-00484-MMD-WGC<br><br>ORDER |

    Respondents have filed an unopposed motion for extension of time (third request). (ECF No. 33 ("Motion").) The Court finds the request is made in good faith and not solely for the purpose of delay, and that good cause to grant Respondents' motion.

    It is therefore ordered that Respondents' unopposed motion for extension of time (third request) (ECF No. 33) is granted. Respondents will have up to and including August 18, 2021, to respond to the first amended petition (ECF No. 19).

    DATED THIS 15th Day of June 2021.

                                                           MIRANDA M. DU<br>
                                                       CHIEF UNITED STATES DISTRICT JUDGE