UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRE KING-HARDIMAN,<br><br>               Petitioner,<br>    v.<br>GITTERE, *et al.*,<br><br>               Respondents. | Case No. 3:19-cv-00484-MMD-WGC<br><br>ORDER |

Respondents have filed a motion for leave to file document under seal. (ECF No. 45.) The document in question is Petitioner's pre-sentence investigation report, which contains confidential information. The Court finds that compelling reasons exist to seal this document. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The Court thus grants the motion.

Respondents have also filed an unopposed motion for extension of time (first request). (ECF No. 50.) The Court finds that good cause exists to grant this motion.

It is therefore ordered that Respondents' motion for leave to file document under seal (ECF No. 45) is granted.

It is further ordered that Respondents' unopposed motion for extension of time (ECF No. 50) is granted. Respondents will have up to and including December 6, 2021, to file their reply in support of their motion to dismiss.

DATED THIS 8th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE