# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| GITTERE, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time (second request). (ECF No. 52.) Because the request was made in good faith and not solely for the purpose of delay, the Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 52) is granted. Respondents will have up to and including January 20, 2022, to file their reply in support of their motion to dismiss.

DATED THIS 7th Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE