**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRE KING-HARDIMAN,<br><br>  Petitioner,<br><br>v.<br><br>GITTERE, et al.,<br><br>  Respondents. | Case No. 3:19-cv-00484-ART-CSD<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 58), and good cause appearing;

It is therefore ordered that respondents' unopposed motion for enlargement of time (first request) (ECF No. 58) is granted. Respondents will have up to and including August 8, 2022, to file an answer to petitioner's first amended petition.

Dated: This 10th of May 2022

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE