UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| GITTERE, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 60), and good cause appearing;

It is therefore ordered that respondents' unopposed motion for enlargement of time (second request) (ECF No. 60) is granted. Respondents will have up to and including November 7, 2022, to file an answer to petitioner's first amended petition.

DATED THIS 11th day of August 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1