UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| GITTERE, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 62), and good cause appearing;

It is therefore ordered that respondents' unopposed motion for enlargement of time (third request) (ECF No. 62) is granted. Respondents will have up to and including January 31, 2023, to file an answer to petitioner's first amended petition.

DATED THIS 9th day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1