1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDRE KING-HARDIMAN,

Petitioner,

v.

GITTERE, et al.,

Respondents.

Case No. 3:19-cv-00484-ART-CSD

ORDER

Respondents having filed an unopposed motion for enlargement of time (fourth request) (ECF No. 65), and good cause appearing;

It is therefore ordered that respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 65) is granted. Respondents will have up to and including March 2, 2023, to file an answer to petitioner's first amended petition.

DATED THIS 3rd day of February 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE