UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE KING-HARDIMAN, | Case No. 3:19-cv-00484-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for enlargement of time (second request) (ECF No. 73), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for enlargement of time (second request) (ECF No. 73) is granted. Petitioner will have up to and including July 5, 2023, to file his reply to the first amended petition.

DATED THIS 16th day of May 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE