UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE KING-HARDIMAN,<br><br>    Petitioner,<br>  v.<br>GITTERE, et al.,<br><br>    Respondents. | Case No. 3:19-cv-00484-ART-CSD<br><br>ORDER |

    Petitioner having filed an unopposed motion for enlargement of time (third request) (ECF No. 75), and good cause appearing;

    It is therefore ordered that petitioner's unopposed motion for enlargement of time (third request) (ECF No. 75) is granted. Petitioner will have up to and including August 4, 2023, to file his reply to the first amended petition.

    DATED THIS 7th day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE